**LAW OFFICES**
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX: (818) 547-3100

Susan L. Vaage, SBN 83125
e-mail: svaage@grahamvaagelaw.com
Miguel A. Ortiz, SBN 245137
e-mail: mortiz@grahamvaagelaw.com

Attorneys for Santa Barbara Bank & Trust

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JUAN DIAZ ORTIZ,<br><br>                Debtor. | Chapter 12<br><br>CASE NO. 9:09-bk-11458-RR<br><br>ADV. NO. 9:09-ap-01196-RR |
| JUAN DIAZ ORTIZ,<br><br>                Plaintiff,<br><br>vs.<br><br>SANTA BARBARA BANK & TRUST<br><br>                Defendant. | ANSWER OF DEFENDANT SANTA BARBARA BANK & TRUST'S TO DEBTOR'S FIRST AMENDED COMPLAINT TO:<br><br>1. ESTABLISH THE VALUE OF THE DEBTOR'S REAL PROPERTY;<br>2. DETERMINE THE AMOUNT AND EXTENT OF THE SECOND AND THIRD DEEDS OF TRUST IN FAVOR OF SANTA BARBARA BANK & TRUST; AND<br>3. AVOID AND REMOVE THE UNSECURED AMOUNT OF THE SECOND AND THIRD DEEDS OF TRUST<br><br><u>Status Conference Hearing</u><br><br>Date:      November 19, 2009<br>Time:     11:00 AM<br>Courtroom: 201 |

SANTA BARBARA BANK & TRUST'S ANSWER TO COMPLAINT

-1-

Defendant SANTA BARBARA BANK & TRUST ("Defendant") hereby submits the following Answer to that certain Complaint of Debtor to Establish the Value of the Debtor's Real Property; Determine the Amount and Extend of the Second and Third Deeds of Trust in Favor of Santa Barbara Bank and Trust; and Avoid and Remove the Unsecured Amount of the Second and Third Deeds of Trust.

### ANSWER TO FIRST CLAIM FOR RELIEF

1. Defendant hereby denies the allegation in Paragraph 11 and Paragraph 14 of Plaintiff's First Amended Complaint in that Plaintiff seeks to deduct the cost sale of the Subject Property in the amount of 10 percent.

2. Plaintiff may not deduct the cost of sale as Plaintiff is not contemplating selling the subject property and the property should be valued at the Replacement Value and not the Sale Value. In Assocs. Commer. Corp. v. Rash, 520 U.S. 953 (1997), the Court held that in valuing property the proper valuation is the "replacement"-that is, the cost of purchasing the same property for the same use, a standard generally equivalent to fair market value standard.

### PRAYER FOR RELIEF

That all prayer for relief sought by Plaintiff be denied.

Date: September 29, 2009

GRAHAM • VAAGE LLP

By: _____
Susan L. Vaage
Miguel A. Ortiz
**Attorneys for Creditor**
Santa Barbara Bank & Trust

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 500 N. Brand Boulevard, Suite 1030, Glendale, California 91203

On September 29, 2009, I served the attached document described as **ANSWER OF DEFENDANT SANTA BARBARA BANK & TRUST'S TO DEBTOR'S FIRST AMENDED COMPLAINT TO:**

on all interested parties in this action by placing the true copies thereof enclosed in sealed envelopes address as follows:

### SERVICE LIST

| | |
|---|---|
| Debtor Juan D Ortiz<br>20991 S Mountain Road<br>Santa Paula, CA 93060 | Attorney for Debtor Steve Troland<br>100 E Thousand Oaks Blvd., Ste. 188<br>Thousand Oaks, CA 91360 |
| Trustee Elizabeth F. Rojas<br>Nobles Professional Center<br>15060 Ventura Blvd., Ste. 240<br>Sherman Oaks, CA 91403 | US Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 |

__X__  **BY MAIL:** I caused such envelope to be deposited in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing for mailing with the United States Postal Service. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

EXECUTED on September 29, 2009, at Glendale, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| Liz Marquez | /S/Liz Marquez |
|---|---|
| Type Name | Signature |